UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820

December 5, 2000

FILED ___ ENTERED
LODGED ___ RECEIVED

DEC 0 5 2000

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

MEMORANDUM TO COUNSEL RE:
   Piano v. J.A. Motorcars, Ltd.
   Civil No. AMD 00-2738

This will acknowledge Mr. Caplan's letter dated December 4, 2000.

Under the circumstances, I do not believe that an early ADR process is warranted. Accordingly, I will consider a referral for ADR after dispositive motions, if any are filed, have been adjudicated.

As for deposition hours, I will allow each side a total of 28 hours.

Finally, no opposition to the motion to dismiss count two having been filed, I am today granting defendant's motion and dismissing count two of the complaint.

Counsel should note that the scheduling order will be strictly enforced.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the clerk is directed to docket it accordingly.

Very truly yours,

Andre M. Davis
United States District Judge

AMD:tt
cc: Court file