IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RONICA V. PIANO, :
    Plaintiff :
 :
v. : Civil No. AMD 00-2738
 :
J.A. MOTORCARS, LTD., :
    Defendant :

...oOo...

ORDER

The Court has read and considered plaintiff's motion to vacate dismissal of count II and the accompanying response to defendant's motion to dismiss. Manifestly, the plaintiff's assertion that his common law tort claim did not accrue until after he had exhausted his administrative remedies under anti-discrimination statutes is untenable.

Accordingly, it is this 15th day of December, 2000, ORDERED

(1)    That the motion to vacate dismissal of count II is DENIED; and it is further ORDERED

(2)    That the Clerk shall TRANSMIT a copy of this Order to all counsel.

_____
ANDRE M. DAVIS
United States District Judge

