IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RONICA V. PIANO                *

    Plaintiff             *

v.                             *   Civil Action No. AMD-00-2738

J.A. MOTORCARS, LTD.           *

    Defendant             *

\* * * * * * * * * * * * *

## ORDER

This case having come before this Court on Defendant's Motion for Sanctions, and this Court having considered the motion ~~and any response thereto~~ *, it is this 2nd day of March, 2001,

ORDERED, that the Complaint shall be dismissed if Plaintiff does not serve full and complete answers to interrogatories and responses to the request for production of documents upon Defendant's counsel by IMMEDIATELY.

André M. Davis
U.S. District Judge

\* no response having been filed

JAMotorcars Mot Sanctions wpd