**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

RONICA V. PIANO,        *

        *

     **Plaintiff,**     *

        *

     **v.**       *     **Civil Action No.: AMD-00-2738**

        *

J.A. MOTORCARS, LTD,   *

        *

     **Defendant.**   *

## ORDER

     Upon consideration of Plaintiff's Motion to Extend Discovery Deadline, filed herein, it is

this 23 day of March, 2001, by the United States District Court for the District of

Maryland,

*MOTION IS DENIED AS MOOT.*

     ORDERED, that the

_____
                  Judge

3/26/01