UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820

*FILED U.S. DISTRICT COURT DISTRICT OF MARYLAND 2001 SEP 18 P 4:59 AT BALTIMORE _____ DEPUTY*

September 18, 2001

MEMORANDUM TO COUNSEL RE:   Piano v. J.A. Motorcars, Ltd
                            Case No.   AMD 00-2738

The death of plaintiff's counsel has caused a delay in my receipt of a response from plaintiff as to the status of this case. I have been promised that a response will be forthcoming in the next few days.

Very truly yours,

Andre M. Davis
United States District Judge

AMD:tt
cc: Court file