IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RONCA W. PIANO,
    Plaintiff

v.                                          Civil No. AMD 00-2738

J.A. MOTORCARS, LTD.,
    Defendant

...oOo...

ORDER

It has come to the attention of the court that plaintiff's counsel has recently died and that despite the best efforts of those who have assumed responsibility for counsel's office, successor counsel has not yet been obtained. Accordingly, the Clerk is directed this 12th day of October, 2001, to

    (1)    Strike the appearance of plaintiff's counsel;

    (2)    Notify plaintiff Ronca Piano, at 322 Talbott Avenue, laurel, MD 20707, of the necessity to retain counsel or to proceed by self representation;

    (3)    TRANSMIT a copy of this Order to plaintiff and counsel for defendant.

_____
ANDRE M. DAVIS
United States District Judge