UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820

March 11, 2002

MEMORANDUM TO COUNSEL and MS. PIANO RE:

Piano v. J.A. Motorcars, Ltd.
Civ. No. AMD 00-2738

Unless plaintiff notifies this court on or before March 20, 2002, that she intends to proceed with this case, the court will enter an order dismissing this case with prejudice.

Despite the informal nature of this memorandum, it is an Order of Court and the Clerk shall docket it as same.

Very truly yours,

Andre M. Davis
United States District Judge

AMD:tt
cc: Court file