IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RONICA V. PIANO,  :
   Plaintiff  :
       :
   v.  :   Civil No. AMD 00-2738
       :
J.A. MOTORCARS, LTD.,  :
   Defendant  :
       ...oOo...

ORDER

After plaintiff's attorney passed away, by order dated October 12, 2001, the court generally continued the schedule in this case to afford plaintiff an opportunity to retain successor counsel. On November 8, 2001, plaintiff wrote to the court to request additional time to obtain counsel. *See* Attachment to this Order. By order dated March 11, 2002, plaintiff was directed to notify the court by March 20, 2002, whether she wished to proceed with this case. Plaintiff has not responded as directed.

Accordingly, no response having been received to the March 11, 2002, order, it is this 29th day of March, 2002 ORDERED

1.    This case is DISMISSED WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE;

2.    The Clerk shall CLOSE this case and MAIL a copy of this Order to plaintiff in proper person and to counsel.

ANDRE M. DAVIS
United States District Judge

November 8, 2001

The Honorable Andre M. Davis
United States District Judge
101 W. Lombard Street, Room 5-B
Baltimore, MD 21201-2691

RE: Piano v. JA Motorcars, LTD

Case No.: AMD-00-2738

Dear Sir:

I would like to thank you for your correspondence that was mailed to me on October 12, 2001, which I received on October 15, 2001, copies attached. Your correspondence was timely appreciated, especially due to the illness, incapacitation, death and loss of Mr. Francis X. Gaegler, Jr., Attorney at Law, which has left me devastated. I am very aware of the urgency for me to obtain counsel. I am rigorously pursuing obtaining proper counsel for the specifics in my case, but it has been very difficult finding someone who specializes in this particular type of legal practice and who is willing to take my caseload at this particular time with the pending urgencies of the current deadlines.

I have just recently located my file from Mr. Gaegler's office in which some of the materials in the file have been misplaced or at least unable to locate. I have contacted Mary Campbell, at the Office of Human Rights Division in Howard County so that I may obtain the pertinent materials that they will provide me in reference to my case, which will also take some time. I'm having difficulty finding a lawyer who specializes in the particulars of my case; but I am totally aware of the deadlines that need to be met, and I fully intend to be as prompt as I possibly can. Therefore, I humbly and graciously ask for a further consideration of time so that I may be in proper accordance with the court.

Sincerely,

Ronica V. Piano

Ronica V. Piano
Plaintiff
322 Talbott Avenue, #1-B
Laurel, MD 20707
Phone: 301 503-7442